AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Adam Yang | ) | Case No. 4:15-CR-00064 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

RECEIVED 2015 MAY 28 PM 4:14 U.S. MARSHALS SERVICE Southern District of Iowa

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Adam Yang                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).
Count 2: Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

Notice of Forfeiture, pursuant to Tttle 18, United States Code, Section 2253.

Date:   05/28/2015

Helen C. Adams, U.S. Magistrate Judge
*Issuing officer's signature*

WARRANT ISSUED
MARJORIE E. KRAHN, Clerk
By: Susan Crocker
DEPUTY CLERK

City and state:   Des Moines, Iowa

### Return

This warrant was received on *(date)* 5-28-15, and the person was arrested on *(date)* 6-2-15
at *(city and state)* Pella, Iowa.

Date: 6-2-15

*Arresting officer's signature*
D.C. Zimmer Deputy U.S. Marshal
*Printed name and title*