# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF IOWA

Received
U.S. Marshals Service
Southern District of Iowa
2:20 pm, Aug 21 2022

| UNITED STATES OF AMERICA, VS. | VIOLATION NOTICE NUMBER(S) | VIOLATION DATE(S) |
|---|---|---|
| Adam Yang | 1. Possession of Sexually Stimulating Pornography | August 19, 2022 |

DEFENDANT.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

YOU ARE HEREBY COMMANDED TO ARREST AND BRING THE ABOVE NAMED DEFENDANT FORTHWITH BEFORE THE NEAREST AVAILABLE UNITED STATES MAGISTRATE JUDGE TO ANSWER TO THE ABOVE STATED CHARGE(S).

• COLLATERAL IN THE AMOUNT OF $ __N/A__ MAY BE FORFEITED IN LIEU OF APPEARANCE

AN ORAL WARRANT FOR THE ARREST OF __Adam Yang__, CRIMINAL NUMBER __4:15-CR-64__

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

WAS ISSUED BY __Stephen B. Jackson, Jr.__ ON __August 19, 2022__.

__August 19, 2022__
DATE

_/s/ Stephen B. Jackson_
UNITED STATES MAGISTRATE JUDGE

## RETURN

| RECEIVED | DATE 8/21/2022 | LOCATION Des Moines, IA. |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| DATE 8/23/2022 | LOCATION Des Moines, IA. |
|---|---|

Name __N. Mosely__   Title __Deputy__
District __S/IA__   Date __8/23/2022__